IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBBIN CROSKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:14-CV-867-ERW |
| | ) |
| COUNTY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO
## FILE DOCUMENT UNDER SEAL

COMES NOW Defendant St. Louis County, and for its Motion for Leave to File Document Under Seal, states as follows:

1. Defendant is desirous of filing plaintiff's medical chart with the Court as an Exhibit in Response to Plaintiff's Motion to Compel.

2. In order to be respectful of plaintiff, and not to make her medical record public at this time, defendant asks for leave to file its Exhibit 1 medical chart of the plaintiff under seal. Exhibit 1 is a complete copy of plaintiff's medical chart, with date of birth redacted.

PETER J. KRANE
COUNTY COUNSELOR

By:   _/s/ Priscilla F. Gunn_____
        Priscilla F. Gunn        #29729MO
        Assistant County Counselor
        Michael E. Hughes    #23360MO

Lawrence K. Roos Bldg.<br>
41 So. Central Avenue<br>
Clayton, MO. 63105<br>
314-615-7042; Fax 314-615-3732<br>
pgunn@stlouisco.com<br>
mhughes2@stlouisco.com<br>
Attorneys for Defendant<br>
St. Louis County

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing forwarded by the Court's Electronic filing system to all counsel of record.

/s/ Priscilla F. Gunn_____