IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

ROBBIN CROSKEY,                    )
                                   )
          Plaintiff,               )
                                   )
vs.                                )          No. 4:14-CV-867-ERW
                                   )
COUNTY OF ST. LOUIS,               )
et al.,                            )
          Defendants.              )

**DEFENDANT'S MOTION TO MODIFY DISMISSAL ORDER**

COMES NOW Defendant St. Louis County and asks the Court to modify the dismissal order entered in the case to reflect that costs are taxed to plaintiff.  As grounds for the Motion, defendant states as follows:

1.  Plaintiff filed a Stipulation for Dismissal, for the dismissal of the claims without prejudice.  The stipulation provided that plaintiff would bear defendant's taxable court costs, and that the parties would bear their own attorney's fees.

2.  This Court entered an order reflecting that the parties bear their own costs.

3.  Defendant respectfully asks the Court to amend the dismissal order, and to order that costs be taxed to plaintiff.

WHEREFORE, for the above stated reasons, Defendant St. Louis County asks the Court to modify the dismissal order entered in this matter.

PETER J. KRANE
COUNTY COUNSELOR


By:      /s/ Priscilla F. Gunn_____
Priscilla F. Gunn        #29729MO
Assistant County Counselor
Michael E. Hughes      #23360MO
Lawrence K. Roos Bldg.
41 So. Central Avenue
Clayton, MO. 63105
314-615-7042; Fax 314-615-3732
pgunn@stlouisco.com
mhughes2@stlouisco.com
Attorneys for Defendant
St. Louis County


## CERTIFICATE OF SERVICE


The undersigned certifies that a copy of the foregoing forwarded by the Court's Electronic filing system to all counsel of record this 15th day of October, 2015.

/s/ Priscilla F. Gunn_____